United States District of Idaho

Plaintiffs
Fidel Molina
Christy Loveland
VS
Ada County

Case num: 1:18-352
Notice of hearing &
Motion
to set hearing
Request for
~~hear~~ hearing

U.S. COURTS
OCT 01 2018
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

For the reason of operating under color law deprivation and conspiracy to our constitutional rights and conspiracy to 2078 Rico for defrauding the federal government by recieving money do to a unconstitutional removal of our children.

Fidel Molina

10/1/18